## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 452 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. BOBBIE BROWN et al | | |

**DOCKET ENTRY TEXT**

The government's oral motion to unseal the indictment and docket in this case is granted. Arraignment is set for July 8, 2008 at 2:00 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|