## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:      08 CR 452

UNITED STATES OF AMERICA

V.

KENNETH SMITH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

KENNETH SMITH

| |
|---|
| NAME (Type or print)<br>CONSTANTINE P. KANELLOS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/Constantine P. Kanellos |
| FIRM |
| STREET ADDRESS: 3157 WEST VAN BUREN |
| CITY/STATE/ZIP: CHICAGO, IL 60612 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)6220366 | TELEPHONE  NUMBER: 773.265.0537 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") :Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"): N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"): y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"): Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br> RETAINED COUNSEL    X                    APPOINTED COUNSEL |